RECEIVED
IN LAKE CHARLES, LA

SEP - 2 2009
 Par
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 09-0050-01** |
| **VERSUS** | * | **JUDGE MINALDI** |
| **MICHAEL SERVETUS CHILDS** | * | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Michael Childs, and adjudicates him guilty of the offense charged against him in Count One of the Indictment.

Lake Charles, Louisiana this 2 day of Sept, 2009.

PATRICIA H. MINALDI
UNITED STATES DISTRICT JUDGE